## ANSCO PHOTOPRODUCTS, Inc., v. EASTMAN KODAK CO.

Court of Appeals of District of Columbia.
Submitted March 18, 1927. Decided
May 2, 1927.

No. 1940.

Trade-marks and trade-names and unfair competition ⚖=43—Registration of trade-mark "Speedex" for use on photographic material held not to preclude another's registration of "Speedway."

Registration of trade-mark "Speedex" for use on photographic sensitized material, particularly plates, *held* not to preclude another's registration of trade-mark "Speedway"; the word "speed" being descriptive, and not subject to exclusive appropriation.

Appeal from Commissioner of Patents.

Application by the Eastman Kodak Company for registration of trade-mark, opposed by the Ansco Photoproducts, Inc. From a decision of the Commissioner of Patents, overruling opposition, opposer appeals. Affirmed.

P. S. Hopkins, of Binghampton, N. Y., and P. A. Blair and J. H. Kilcoyne, both of Washington, D. C., for appellant.

Melville Church, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

MARTIN, Chief Justice. Appeal from a decision overruling an opposition to the registration of a trade-mark.

On July 24, 1924, the Eastman Kodak Company applied for the registration of its trade-mark "Speedway" for photographic sensitized material, particularly plates. The application was opposed by the Ansco Photoproducts, Inc., because of the alleged similarity of the mark with opposer's trade-mark "Speedex," which was registered for similar goods on January 18, 1916. Opposer claimed that "Speedway" and "Speedex" so nearly resembled one another as to be likely to cause confusion in the public mind, if both were used as trade-marks for the same kind of goods.

It appears that the Eastman Kodak Company, since 1908, has used the word "Speed" in a purely descriptive sense, having reference to quick operation and results, for certain of its films, plates, and cameras. Such goods were designed as speed films, speed plates, and speed kodaks, and were so labeled and advertised. Beginning in 1913, opposer's predecessor began the use of the trade-mark "Speedex" for its films and cameras, and obtained registration thereof on January 18, 1916. In the year 1924 the Eastman Kodak Company adopted the trade-mark "Speedway" as aforesaid, and applied for its registration. The application was met by the present opposition.

The opposition has been overruled and dismissed by concurrent decisions in the Patent Office, and we agree with these decisions. The suffixes of the competing marks, to wit, "ex" and "way," if taken alone, are of course plainly dissimilar. Therefore whatever similarity exists between the two marks must result from the use of the word "Speed" which is the dominating term common to both. That word, however, is descriptive and of common right; and neither party can claim an exclusive right to its use, either alone or as the dominating element of a compound word. Such however, in effect, is the right claimed by the present opposition; it cannot be sustained. S. R. Feil Co. v. John E. Robbins Co. (C. C. A.) 220 F. 650 ("Sal-Vet" and "SalTone"); Sheffield-King Milling Co. v. Theopold-Reid Co., 50 App. D. C. 200, 269 F. 716 ("Jean Baptiste Faribault" and "Faribault Fancy"); Patton Paint Co. v. Sunset Paint Co., 53 App. D. C. 348, 290 F. 323 ("Sun-Glo" and "Sun-Proof"); Reo Motor Car Co. v. Traffic Motor Truck Corporation, 55 App. D. C. 227, 4 F.(2d) 303 ("Speedboy" and "Speed Wagon"); Goodall Worsted Co. v. Palm Knitting Co., 56 App. D. C. 148, 10 F.(2d) 1013 ("Palm-Knit" and "Palm Beach"). See, also, Standard Paint Co. v. Trinidad Asphalt Co., 220 U. S. 446, 31 S. Ct. 456, 55 L. Ed. 536.

The decision of the Commissioner of Patents is affirmed.